## LUNING *vs.* GORHAM.

*Twelfth Judicial District Court, August,* 1857.

### PLACE OF TRIAL.

The place of trial in an action for foreclosure is determined by the county, and not by the Judicial District of the Judicial Court in San Francisco county.

This was an action to foreclose a mortgage. The land is situated in the Fourth Judicial District, and this action is brought in the District Court of the Twelfth Judicial District. Both Districts are in the county of San Francisco. The Fourth Judicial district comprises all that part of San Francisco county north of Bush, Kearny, and Clay streets, and the Twelfth Judicial District all that part south of Bush, Kearny, and Clay streets, and San Mateo county. A demurrer was put in to the complaint, on the ground of want of jurisdiction in the Court.

*Bowman & Gray,* for plaintiff.

*G. F. & W. H. Sharp,* for defendant.

NORTON, J., held that, according to sec. 18 of the Practice Act, actions for foreclosure of mortgages of real property shall be tried in the county in which the subject is situated; and as the land is situated in the county of San Francisco, the plaintiff should bring his action before one of the District Courts of that county. Inasmuch as there are two

District Courts in the County, the Act does not intend to confine a party to a Judicial District, but only refers to the County. The Constitution prohibits the division of a county for legislative purposes, but does not prohibit the establishment of several District Courts in the same county.